ANNA KEARNS, Appellant, v. FRANK J. KEARNS, Respondent.— Order affirmed, without costs, with leave to plaintiff to move to resettle the order, which appears to have been entered on her motion. The court is of opinion that the amount awarded for alimony is supported by the record but that the counsel fee is not adequate. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

MORRIS KLATZKO, Respondent, v. HERMAN MENDLOWITZ, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

GEORGE W. KREMER, Respondent, v. NEW YORK AIR TERMINALS, INC., Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

EARL C. LUPTON, Respondent, v. NELLIE FLORENCE LUPTON, Appellant.— Order granting in part plaintiff's motion to preclude defendant from giving certain evidence upon the trial, denying defendant's motion to open her default in serving bill of particulars, and denying her motion for a modification of the order for a bill of particulars reversed upon the law and the facts, with ten dollars costs and disbursements, motion to preclude denied, without costs, motion to open default granted, with ten dollars costs, and motion for modification granted, without costs, to the extent of requiring defendant within ten days from the entry of the order herein, to give any other particulars that she may have, with reasonable certainty as to times and places; and if she have no such further particulars, that she furnish a statement to that effect. The particulars given by defendant do not show specific acts of adultery but do show opportunity. If inclination be also proved, then the fact may be demonstrated. Defendant cannot state more than she knows. If upon the trial she seeks to present facts beyond what she has particularized, the trial court may give such relief to plaintiff as the situation requires. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

WALTER B. J. MITCHELL, Respondent, Appellant, v. CITY OF YONKERS, Appellant, Respondent.— Order denying motion to dismiss complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiff's claim against the city is exceedingly stale. In the face of his neglect to bring on the action for trial, it would be unfair to the city to permit him to continue the action. In view of this decision, the appeals from orders dated respectively October 8, October 28 and December 27, 1929, are dismissed, without costs. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Young, J., dissents.